IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| RUSSELL F. D'AIELLO, JR. | : | NO. 08-mc-0105 |

### MEMORANDUM AND ORDER

On December 28, 2001, respondent was suspended from the practice of law by the Supreme Court of Pennsylvania. On December 18, 2003, respondent was readmitted to the practice of law by the Supreme Court of Pennsylvania.

On June 16, 2008, respondent, who has never been admitted to the bar of the United States District Court for the Eastern District of Pennsylvania, petitioned this court for admission to its bar. In keeping with the provisions of Local Rules of Civil Procedure 83.5(f) and 83.5(g), this matter was referred by this court on June 25, 2008, to a committee of this court composed of Judge John R. Padova, Judge Paul S. Diamond and Judge Juan R. Sánchez, in order for this said committee to make a Report and Recommendation to this court as to whether respondent should be admitted to the bar of this court.

On September 18, 2008, the aforesaid committee of the court recommended that respondent be admitted to the bar of this court. On November 3, 2008, the judges of this court approved this recommendation.

Accordingly, it is hereby **ORDERED**, this 4th day of November, 2008 that Russell F. D'Aiello, Jr., Esquire, is admitted to the practice of law in the United States District Court for the Eastern District of Pennsylvania.

BY THE COURT:

/s/ Harvey Bartle III
**HARVEY BARTLE III**
**Chief Judge**